CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION**

2016 NOV 28  PM 3: 59

DEPUTY CLERK_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 6:16-CR-00022-C-BQ-1** |
| | § | |
| | § | |
| **DAWN MARIE DISTEFANO** | § | |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

**DAWN MARIE DISTEFANO,** by consent, under authority of *United States v. Dees,* 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to the *Superseding Information.* After cautioning and examining **DAWN MARIE DISTEFANO,** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **DAWN MARIE DISTEFANO,** be adjudged guilty and have sentence imposed accordingly.

Date: November 28, 2016.

_____

**D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).